# United States Navy–Marine Corps Court of Criminal Appeals

Before
HACKEL, MIZER, and DALY
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Christopher J. DELGADILLO**
Emergency Medicine Fireman Apprentice (E-2), U.S. Navy
*Appellant*

**No. 202300237**

_____

Decided: 7 February 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ryan J. Sears

Sentence adjudged 2 August 2023 by a special court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 50 days and a bad-conduct discharge.[1]

For Appellant:
*Major Joshua P. Keefe, USMC*

---

[1] Appellant was credited with 50 days of pretrial confinement.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not reflect the correct type of special court-martial.[3] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[4] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] See Block 12 of the Entry of Judgment.

[4] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202300237** |
| **v.** | **ENTRY OF JUDGMENT** |
| **Christopher J. DELGADILLO** Emergency Medicine Fireman Apprentice (E-2) U.S. Navy *Accused* | *As Modified on Appeal* **7 February 2024** |

On 2 August 2023, the Accused was tried at Naval Station Norfolk, Virginia, by a special court-martial, consisting of a military judge sitting alone. Military Judge Ryan J. Sears presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 86, Uniform Code of Military Justice, 10 U.S.C. § 886.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Unauthorized absence for more than 3 and up to 30 days on divers occasions between 13 March 2023 and 12 June 2023.**

*Plea:* Guilty.
*Finding:* Guilty.

**Charge II:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Violation of a lawful general regulation, to wit: OPNAVINST 5350.4e, Navy Alcohol and Drug Abuser Prevention and Control, dated 28 MAR 22, by wrongfully using Tetrahydrocannabinol (THC-8) on or about 17 March 2023.**

> *Plea:* Guilty.
> *Finding:* Guilty.

# SENTENCE

On 2 August 2023, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

> *For the Specification of Charge I:*
> confinement for 50 days.

> *For the Specification of Charge II:*
> confinement for 50 days.

> The terms of confinement will run concurrently.

**Confinement for a total of 50 days.**

**A bad conduct discharge.**

The Accused has served 50 days pretrial confinement and shall be credited with 50 days of confinement already served, to be deducted from the adjudged sentence to confinement.

FOR THE COURT:

*Mark K. Jamison*

MARK K. JAMISON
Clerk of Court